Marcelo **MANJARREZ**, Petitioner–Appellant

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III; Bureau of Prisons; Geo Group, Re-spondents–Appellees.**

No. 11–50899
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 29, 2013.

Marcelo Manjarrez, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San An-tonio, TX, for Respondents–Appellees.

Before SMITH, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Marcelo Manjarrez, federal prisoner # 03782–029, an alien against whom the Bureau of Immigration and Customs En-forcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Pris-ons (BOP) custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the BOP's exclusion of him from rehabilitation programs and halfway houses. The petition is foreclosed by this court's decision in *Gallegos–Hernandez v. United States,* 688 F.3d 190, 192–93 (5th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365 (2012).

AFFIRMED.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.